# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.            No. 4:17-cr-73-DPM-1

**FRANSWAH ERICK ASKEW**            **DEFENDANT**

## ORDER

The Court has been unable to contact Askew's counsel. This case is first out for trial on 30 April 2018. The Court will hold a pretrial hearing on Friday, 20 April 2018 at 3:15 p.m. Askew and all counsel must appear.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2018