IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          NO. 4:17-CR-73-1-DPM

FRANSWAH ERICK ASKEW                                              DEFENDANT

## ORDER

Pending before the Court is the Government's motion for issuance of summons and for revocation of pretrial release. (Docket entry #49) The Clerk is directed to re-issue summons to Defendant Franswah Erick Askew, and deliver it to the United States Marshal for execution. The summons will require Defendant's appearance at a hearing before Magistrate Judge Beth Deere on May 31, 2018, at 9:30 a.m. at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, Courtroom 1D. Mr. Askew must show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 24th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE